UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 DWIGHT WILLIAMS,
      a.k.a White, a.k.a. Woody,

D-2 MICHAEL DAVIS,
    a.k.a. Caine, a.k.a. Novacaine, a.k.a. Killa,

D-3 CHRISTOPHER DAVIS,
      a.k.a. Future, a.k.a. Gunna Traum,

D-4 DAVID ALLEN,
      a.k.a. Dirt,

        Defendants.

NO. 18-cr-20085

HON. PAUL D. BORMAN
United States District Judge

---

**Joint Report Regarding Case Status—December 2020**

---

On October 20, 2020, as a result of the global pandemic, the Court entered an order adjourning trial in this matter indefinitely. As part of the Order, the parties are to file joint periodic reports outlining the status of the case and any changes in the circumstances that justify the indefinite continuance. For the reasons explained below, the parties believe that the indefinite continuance remains justified.

(1) The unprecedented and exigent circumstances created by COVID-19 and related coronavirus health conditions have created a health emergency

throughout the United States and numerous foreign countries that has resulted in widespread societal disruption.

(2) In order to slow the spread of the outbreak and lessen the load placed on our healthcare systems, various restrictions have been imposed on travel, access to public facilities, and government functions. As part of these efforts, on March 13, 2020, the court postponed indefinitely most in-court proceedings, including trials, before district judges and magistrate judges in the Eastern District of Michigan in all criminal (and civil) cases and matters. *See* Administrative Order 20-AO-021. This Order also reflected the fact that the court cannot properly secure the presence of sufficient jurors in the courthouse without jeopardizing the health and safety of the prospective jurors, as well as the health and safety of court personnel. That order further reflected the reality that the court staff, the Court Security Officers, and the Marshals Service could not operate or provide access to in-court proceedings without jeopardizing their health and safety.

(3) On July 2, 2020, the court superseded Administrative Order 20-AO-021 with Administrative Order 20-AO-38, which notes that "[j]ury trials during the pandemic present unique challenges." The continuing need for the social distancing makes impracticable if not impossible activities necessary for the conduct of trials, such as the gathering of large jury

venire pools, the voir dire process, and the seating of jurors in a jury box. Administrative Order 20-AO-38 also recognizes that "[c]onventional courtroom layouts do not allow jury trial participants to adhere to the necessary precautions to reduce the possibility of exposure to the disease." Likewise, social distancing and the wearing of facemasks impose significant barriers to effective communication both before and during trials between defendants and defense counsel, among members of the prosecution team, and between attorneys and witnesses.

(4)  Administrative Order 20-AO-38 also states:

Jury trials will not resume until the following can be accomplished:

- screening can be commenced on potential jurors to minimize the chance of an infected individual entering the courthouse;

- courtrooms and jury gathering spaces can be modified to comply with physical distancing and safety requirements; [and]

- prospective jurors and sworn jurors can be provided with personal protective equipment (e.g., face masks, gloves, possibly face shields) where necessary.

(5)  To date, these conditions have not been achieved, and it is unclear at this time when they will be. Thus, as of now, no criminal trials are scheduled to take place in the Eastern District of Michigan. As the court stated in its September 8, 2020, revised Administrative Order (see 20-AO-38 (REVISED)), "[j]ury trials will commence on a date yet to be determined…"

(6)   On July 21, 2020, the court issued Administrative Order 20-AO-39,
      which explicitly found, after considering current conditions in the state of
      Michigan, that "proceeding with a jury trial at this time would be
      impossible, or result in a miscarriage of justice."

(7)   Since this Court's October 20, 2020 Order, the severity of the pandemic
      has increased in the community. On November 18, 2020, the Michigan
      Department of Health and Human Services (MDHHS) issued an
      epidemic order requiring more forceful mitigation techniques in an effort
      to reduce the spread of the virus. The order place particular limits
      gatherings and mandated face masks in certain circumstances. *See*
      *Coronavirus order 11-15-2020*.

(8)   On December 18, 2020, the MDHHS continued its efforts to combat
      COVID-19 again issuing a Gatherings and Face Mask Order. *See*
      *Coronavirus Order 12-18-2020*. Among other information, the order
      noted that "The State of Michigan presently has a seven-day average of
      439 cases per million people, which is nearly five times higher than the
      case rate on October 1. Test positively has increased from 3.2% in early
      October to 10.6% on December 18." *See id.*

(9)   Counsel for the defense and the government continue to face an inability
      to adequately prepare for trial. Due to the severe restrictions imposed on
      movement, meetings, and travel recommended by public health officials

and required under Health Orders, neither defense counsel nor counsel for the government are able to effectively review the discovery materials and prepare for trial. For example, most jail facilities have imposed severe restrictions on visitation and have imposed internal restrictions as well. As a result, there is currently little or no ability to meet personally with defendants to review the case. Defense counsel also have limited ability to access materials, visit and interview witnesses (including, if appropriate, expert witnesses), meet with government counsel, and review discovery materials in the custody of the government. Counsel for the government are similarly limited in their ability to meet with agents and witnesses, as well as to access material stored at government facilities. Further, counsel, U.S. Attorney's Office personnel, and victim-witness specialists have been directed to telework as much as possible and to minimize personal contact to the greatest extent possible. Trial preparation necessarily involves close contact with colleagues, witnesses, and others.

(10) Under the circumstances, the status of the case remains the same as it did in October and November: the global pandemic prevents the Court from safely conducting jury trials and prevents the parties from properly preparing for trial. For these reasons, the indefinite continuance remains justified.

Respectfully submitted,


MATTHEW SCHNEIDER
United States Attorney


*s/ MARK S. BILKOVIC*             *s/ A. TARE WIGOD*
Assistant United States Attorney        Assistant United States Attorney
211 W. Fort St., Suite 2001            211 W. Fort St., Suite 2001
Detroit, Michigan 48226              Detroit, Michigan 48226
Phone: (313) 226-9623              Phone: (313) 226-9191
mark.bilkovic@usdoj.gov            tare.wigod@usdoj.gov
P48855                          P58479


Dated: January 7, 2021


*s/with consent JEFFREY EDISON*         *s/with consent HAROLD GUREWITZ*
Law Office of Jeffrey Lee Edison        Gurwitz & Raben PLC
500 Griswold Street, Suite 2410         333 W. Fort St., Ste 1400
Detroit, MI 48226                  Detroit, MI 48226
jelee@ix.netcom.com               hgurewitz@grplc.com
Bar No. P25912                   Bar No. P14468
(Counsel to D-4 David Allen)         (Counsel to D-2 Michael Davis)


*s/with consent JUAN A. MATEO*         *s/with consent JOHN MINOCK*
Attorney and Counselor at Law         Attorney at Law
535 Griswold St., Suite 1000          339 E. Liberty St., Ste. 200
Detroit, MI 48226                  Ann Arbor, MI 48104
mateoja@aol.com                 jminock@cramerminock.com
Bar No. P33156                   Bar No. 24626
(Counsel to D-1 Dwight Williams)      (Counsel to D-3 Christopher Davis)


Dated: January 7, 2021