UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-2 MICHAEL DAVIS,

    Defendant.
_____/

Case No. 18-cr-20085

Paul D. Borman
United States District Judge

## ORDER STRIKING FILING

On August 13, 2021, Defendant filed a Motion for Reconsideration (ECF No. 279). On August 16, 2021, the Court ordered the government to respond to Defendant's motion on or before August 30, 2021. The Court did not order Defendant to file a reply to the government's response.

On September 9, 2021, Defendant filed a Reply (ECF No. 283). As the Court did not order a reply to be filed, the Court STRIKES Defendant's reply.

SO ORDERED.

Dated: September 10, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge